992 A.2d 109

**In the Interest of G.O.,**

**Appeal of G.O.**

Supreme Court of Pennsylvania.

April 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this **7th** day of April, 2010, the Petition for Allowance of Appeal is **GRANTED,** and the Order of the Superior Court affirming the dispositional order adjudicating Petitioner delinquent is **VACATED.** The Superior Court erred by failing to address Petitioner's Confrontation Clause issue. The case is **REMANDED** for reconsideration of that issue in light of *Commonwealth v. Allshouse,* 604 Pa. 61, 985 A.2d 847 (2009).